

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA, )
                     )         CRIMINAL NO. 3:09-CR-014
       Plaintiff, )
                     )
       v. )         <u>SUPERSEDING INDICTMENT</u>
                     )
DONALD DALE MILLER, )         T. 26 U.S.C. § 7201
                     )         T. 26 U.S.C. § 7203
       Defendant. )         T. 26 U.S.C. § 7212(a)

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Failure to File - 2002 Federal Tax Return)**

During the calendar year 2002, the defendant, Donald Dale Miller, who was a resident of

Wayland, Iowa, within the Southern District of Iowa, had and received gross income in such an

amount that defendant was required by law, following the close of the calendar year 2002, and on

or before April 15, 2003, to make an income tax return to the person assigned to receive returns

at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District

of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other

proper officer of the United States, stating specifically the items of his gross income and any

deductions and credits to which he was entitled; that well-knowing and believing all of the

foregoing, defendant Donald Dale Miller did willfully fail to make an income tax return to said

person assigned to receive returns at the local office of the Internal Revenue Service, to said

Director of the Internal Revenue Service Center, or to any other proper officer of the United

States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

**(Tax Evasion - 2003 Federal Income Tax)**

On or about the 15th day of April, 2004, in the Southern District of Iowa, defendant Donald

Dale Miller, a resident of Wayland, Iowa, did willfully attempt to evade and defeat the payment of

a large part of a substantial income tax due and owing by him to the United States of America for

the calendar year 2003, in the amount of $4,339, by various affirmative acts, including, but not

limited to, concealing and attempting to conceal the nature and extent of his assets and income from

the Internal Revenue Service, directing others to make out income checks owed to him in names

other than his own, and placing accounts and property in names other than his own.

This is a violation of Title 26, United States Code, Section 7201.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE
**(Failure to File, 2003 Federal Income Tax Return)**

During the calendar year 2003, defendant Donald Dale Miller, who was a resident of

Wayland, Iowa, within the Southern District of Iowa, had and received gross income in such an

amount that he was required by law, following the close of the calendar year 2003, and on or before

April 15, 2004, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant Donald Dale Miller, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FOUR
### (Tax Evasion - 2004 Federal Income Tax)

On or about the 15th day of April, 2005, in the Southern District of Iowa, defendant Donald Dale Miller, a resident of Wayland, Iowa, did willfully attempt to evade and defeat the payment of a substantial income tax due and owing by him to the United States of America for the calendar year 2004, in the amount of $9,156, by various affirmative acts, including, but not limited to, concealing and attempting to conceal the nature and extent of his assets and income from the Internal Revenue Service, directing others to make out income checks owed to him in names other than his own, and placing accounts and property in names other than his own.

This is a violation of Title 26, United States Code, Section 7201.

3

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FIVE
### (Failure to File, 2004 Federal Income Tax Return)

During the calendar year 2004, defendant Donald Dale Miller, who was a resident of Wayland, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that he was required by law, following the close of the calendar year 2004, and on or before April 15, 2005, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant Donald Dale Miller, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT SIX
### (Tax Evasion, 2005 Federal Income Tax)

On or about the 15th day of April, 2006, in the Southern District of Iowa, defendant Donald Dale Miller, a resident of Wayland, Iowa, did willfully attempt to evade and defeat the payment of a substantial income tax due and owing by him to the United States of America for the calendar year 2005, in the amount of $7,503, by affirmative acts, including, but not limited to, concealing and

4

attempting to conceal the nature and extent of his assets and income from the Internal Revenue Service, directing others to make out income checks owed to him in names other than his own, and placing accounts and property in names other than his own.

This is a violation of Title 26, United States Code, Section 7201.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT SEVEN
### (Failure to File, 2005 Federal Income Tax Return)

During the calendar year 2005, the defendant Donald Dale Miller, who was a resident of Wayland, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that he was required by law, following the close of the calendar year 2005, and on or before April 15, 2006, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant Donald Dale Miller, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT EIGHT
### (Tax Evasion, 2006 Federal Income Tax)

On or about the 15th day of April, 2007, in the Southern District of Iowa, defendant Donald Dale Miller, a resident of Wayland, Iowa, did willfully attempt to evade and defeat the payment of a substantial income tax due and owing by him to the United States of America for the calendar year 2006, in the amount of $8,939, by various affirmative acts, including, but not limited to, concealing and attempting to conceal the nature and extent of his assets and income from the Internal Revenue Service, directing others to make out income checks owed to him in names other than his own, and placing accounts and property in names other than his own.

This is a violation of Title 26, United States Code, Section 7201.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT NINE
### (Failure to File, 2006 Federal Income Tax Return)

During the calendar year 2006, defendant Donald Dale Miller, who was a resident of Wayland, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that he was required by law, following the close of the calendar year 2006, and on or before April 15, 2007, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, defendant Donald

Dale Miller, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TEN
**(Attempt to Interfere with Administration of Internal Revenue Laws)**

On or about July 25, 2009, in the Southern District of Iowa, defendant Donald Dale Miller corruptly endeavored to obstruct or impede the due administration of Title 26, United States Code, by threatening an agent and officer of the Internal Revenue Service with prosecution, unless she vacated any and all presentments and stopped any actions of a lien or levy.

This is in violation of Title 26 United States Code, Section 7212(a).

**A TRUE BILL.**

_____/s/_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By:    /s/_____
       Craig Peyton Gaumer
       Assistant United States Attorney

7